HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL FUNDS IN EDWARD JONES SECURITIES ACCOUNT NO. XXX-XXX64-1-1, et al.,<br><br>    Defendants. | CASE NO. C12-159RAJ<br><br>ORDER |

The court has reviewed Plaintiff's motion for entry of a judgment of forfeiture. The motion explains both Plaintiff's notice to claimants and its resolution of its disputes with claimants.  No one has opposed Plaintiff's motion.

The court GRANTS the motion (Dkt. # 26), dismisses this action, and directs the clerk to enter the judgment of forfeiture that Plaintiff proposed.

DATED this 19th day of September, 2013.

*Richard A. Jones*
———————————————
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1